Robert J. Lauson, Esq.
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245
Phone: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Attorneys for Plaintiff,
IN-N-OUT BURGERS

FILED
11 MAR 25 AM 9:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**IN-N-OUT BURGERS, a California corporation,**

**Plaintiff,**

**vs.**

**CONAGRA FOODS, INC. a Nebraska corporation; and DOES 1-9, inclusive,**

**Defendants.**

**Case No.** CV11-02508 JSL (PLAx)

**Complaint For Injunctive Relief For:**

**Federal Trademark Infringement**

**Demand For Jury Trial**

///

///

///

For its Complaint, Plaintiff IN-N-OUT BURGERS ("In-N-Out") alleges as follows:

1.     This is an action under the Trademark Laws of the United States, Title 15 U.S.C. §1051, et seq., for trademark infringement pursuant to §32 of the Trademark Act of 1946 (the Lanham Act), as amended, 15 U.S.C. §1114.

**The Parties**

2.     In-N-Out is a corporation duly organized under the laws of the State of California, having offices at 13502 Hamburger Lane, Baldwin Park, California ("In-N-Out").

3.     Upon information and belief, Defendant ConAgra Foods is a corporation organized and existing under the laws of the State of Nebraska, with its principal place of business at One ConAgra Drive, Omaha, NE 68102-5001, engaged in distributing and selling a variety of food products nationwide including throughout California and in this judicial district ("ConAgra")

4.     The true names and capacities of Defendants DOES 1-9 inclusive, are unknown to In-N-Out, who therefore sues them by such fictitious names. In-N-Out will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  In-N-Out is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged and that In-N-Out's damages as herein alleged were proximately caused by those Defendants.  At all times herein mentioned, Defendants DOES 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were

acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

**Jurisdiction and Venue**

5. The jurisdiction of this Court over the subject matter of this action is predicated on 28 U.S.C. § 1338(a) as a federal question pertaining to trademarks.

6. Venue is proper in this judicial district as Defendants reside here, having committed acts of infringement and/or upon information and belief having regular and established places of business, and thus subject to personal jurisdiction in this judicial district, pursuant to 28 U.S.C. § 1391(b), (c).

**Background Facts**

7. In-N-Out has been engaged in the business of restaurant services and other businesses since 1948, and currently has over 250 restaurant locations in California, Arizona and Nevada.

8. Since long prior to the acts of Defendants herein alleged, In-N-Out has continuously used its QUALITY YOU CAN TASTE word mark in interstate and intrastate commerce in connection with its advertising, promotion, offering to provide and providing of its products.

9. In-N-Out has offered its products under its mark, the mark having continuously appeared on In-N-Out's signage and on packaging for the products themselves, in substantial advertising and promotion activities. In-N-Out has

extensively used and promoted the mark such that it is closely identified with the goods and services of In-N-Out and has gained widespread public recognition.

10.    Plaintiff is the owner of several federal registrations of its mark, including U.S. Registration Nos. 1,090,096, 2,839,431, 2,604,277 and 2,614,730.   See attached information at Exhibits A - D.

11.    These registered marks of In-N-Out are valid and subsisting, and incontestable, and are prima facie evidence of In-N-Out's exclusive right to use said marks in commerce throughout the United States on the goods and services specified therein and other goods and services related thereto.

12.    As a result of the care and skill exercised by In-N-Out in the conduct of its business, the high quality of In-N-Out's products offered under its mark, and the long running extensive advertising, sale and promotion of In-N-Out's products bearing the same, the mark has acquired strong secondary meaning.  The trade has used and now uses the mark to help identify In-N-Out's popular products as those of In-N-Out exclusively, and to distinguish them from the products of others.

13.    Recently In-N-Out became aware of Defendant ConAgra's use of the identical term on its ketchup product.  See attached photograph of Defendant's ketchup bottle label at Exhibit E.  In-N-Out, through counsel, directed letters to Defendant and had discussions by telephone and email with Defendants' attorney but no satisfactory resolution was reached.

14.    The use by Defendant of In-N-Out's mark is likely to cause confusion, mistake or deception, as those encountering Defendant's products may mistakenly

assume, at least initially, that their product is in some way sponsored, endorsed, approved by or connected with In-N-Out when in fact it is not.

15. Upon information and belief, Defendants have performed the aforesaid acts with wrongful purposes and knowledge to inappropriately trade upon In-N-Out's extensive goodwill including using In-N-Out's mark to draw attention to their product.

16. In-N-Out's mark is wholly associated with In-N-Out due to its long use thereof, and as such In-N-Out is deserving of having its marks adequately protected with respect to the conduct of its business.

**Count I**

**Trademark Infringement Under Federal Law**

**(Against All Defendants)**

17. In-N-Out incorporates by reference the allegations contained in paragraphs 1-16 of this Complaint and incorporates them herein.

18. By the aforesaid acts, Defendants have infringed upon In-N-Out's federal trademark rights described by its trademark registrations, in violation of Section 32 of the Lanham Act, 15 U.S.C. §1114.

19. Defendants' acts have been willful and in conscious disregard of the trademark rights of In-N-Out.

20. In-N-Out has suffered, is suffering, and will continue to suffer irreparable injury for which In-N-Out has no adequate remedy at law.

21. In-N-Out is entitled to a preliminary injunction to be made permanent upon entry of final judgment, preventing Defendants' further infringement.

WHEREFORE, In-N-Out prays for judgment that:

1. Defendants and their officers, agents, servants, employees, attorneys, and all persons in active concert or participating with any of them, be preliminarily and thereafter permanently enjoined from using the terms "QUALITY YOU CAN TASTE" or colorable imitations thereof, in any manner on any ketchup bottle label or in any graphic display or advertising for food products;

2. For a finding this is an exceptional case; and

3. Defendants pay to In-N-Out all reasonable attorneys' fees and costs of this action.

Dated: March 23, 2011

Respectfully submitted,

LAUSON & TARVER LLP

By: ______________________

Robert J. Lauson, Esq.

Attorneys for Plaintiff,
IN-N-OUT BURGERS

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury on all claims asserted triable by a jury.

Dated: March 23, 2011

By: ____________________
Robert J. Lauson, Esq.

Attorneys for Plaintiff,
IN-N-OUT BURGERS

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 1 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 23 out of 23**

---

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **QUALITY YOU CAN TASTE** |
| **Goods and Services** | IC 042. US 100. G & S: RESTAURANT SERVICES. FIRST USE: 19500430. FIRST USE IN COMMERCE: 19500430 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73095009 |
| **Filing Date** | July 29, 1976 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 1090096 |
| **Registration Date** | April 25, 1978 |
| **Owner** | (REGISTRANT) WEINER, ARNOLD A. TRUSTEE UNITED STATES 3123 KNOX ST. DALLAS TEXAS<br><br>(LAST LISTED OWNER) IN-N-OUT BURGER CORPORATION BY ASSIGNMENT CALIFORNIA 4199 CAMPUS DRIVE, 9TH FLOOR IRVINE CALIFORNIA 92612 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ARNOLD M. WENSINGER |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070620. |
| **Renewal** | 2ND RENEWAL 20070620 |
| **Live/Dead** | |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 1 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 4 out of 23**

---

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **QUALITY YOU CAN TASTE** |
| **Goods and Services** | IC 030. US 046. G & S: Hamburger and cheeseburger sandwiches made-to-order for consumption on or off the premises. FIRST USE: 19680630. FIRST USE IN COMMERCE: 19680630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76245434 |
| **Filing Date** | March 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 17, 2004 |
| **Registration Number** | 2839431 |
| **Registration Date** | May 11, 2004 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 Campus Drive Irvine CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M. WENSINGER |
| **Prior Registrations** | 1090096;2604277;2634516 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



Trademark Electronic Search System (TESS) Page 1 of 2

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Dec 1 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 8 out of 23**

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **QUALITY YOU CAN TASTE** |
| **Goods and Services** | IC 029. US 046. G & S: French fried potatoes for consumption on or off the premises. FIRST USE: 19680630. FIRST USE IN COMMERCE: 19680630 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76245433 |
| **Filing Date** | March 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 14, 2002 |
| **Registration Number** | 2604277 |
| **Registration Date** | August 6, 2002 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 Campus Drive Irvine CALIFORNIA 92612 |
| **Attorney of Record** | ARNOLD M. WENSINGER |
| **Prior Registrations** | 1090096 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

EXHIBIT C

http://tess2.uspto.gov/bin/showfield?f=doc&state=4006:psh3m4.2.8 12/1/2010

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Dec 1 04:05:47 EST 2010*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 5 out of 23**

---

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **QUALITY YOU CAN TASTE** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Computer services, namely, providing online database in the field of mail order merchandising services. FIRST USE: 19990427. FIRST USE IN COMMERCE: 19990427<br><br>IC 042. US 100 101. G & S: Computer services, namely, providing online databases in the fields of restaurant services and nutrition. FIRST USE: 19990427. FIRST USE IN COMMERCE: 19990427 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76245431 |
| **Filing Date** | March 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 23, 2002 |
| **Registration Number** | 2634516 |
| **Registration Date** | October 15, 2002 |
| **Owner** | (REGISTRANT) IN-N-OUT BURGERS CORPORATION CALIFORNIA 4199 Campus Drive Irvine CALIFORNIA 92612 |
| **Prior Registrations** | 1090096 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

100% NATURAL
Hunt's
QUALITY YOU CAN TASTE
's ketchup contains absolutely no high fructose corn syrup,
icial ingredients or preservatives, letting the natural tomato
avor shine through. Enjoy the real ketchup taste of Hunt's.
Amount/serving
%DV*

EXHIBIT
E
tabbies

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

**CV11- 2508 JSL (PLAx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

IN-N-OUT BURGERS, a California corporation

*Plaintiff*

v.

ConAgra Foods, Inc. a Nebraska corporation; and DOES 1-9, inclusive

*Defendant*

Civil Action No. CV11-02508 JSL (PLAx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Lauson, Esq
Lauson & Tarver, LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

JULIE PRADO

SEAL

Date: MAR 25 2011

*Signature of Clerk or ~~Deputy~~ Clerk*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

IN-N-OUT BURGERS, a California corporation

**DEFENDANTS**

ConAgra Foods, Inc. a Nebraska corporation; and DOES 1-9, inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Robert J. Lauson, Lauson & Tarver, LLP
880 Apollo Street, Suite 301
El Segundo, CA 90245 (310) 726-0892

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES -** For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No

☐ **MONEY DEMANDED IN COMPLAINT: $**__________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1051

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/ PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☑ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV11-02508

**FOR OFFICE USE ONLY:** Case Number: __________

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Nebraska |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): ______ **Date** March 23, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |